**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEJAN NIKOLIC,

                     Petitioner,

      -against-

THOMSD DECKER, et al.,

                     Respondents.
-----------------------------------------------------------X

19 CIVIL 6047 (LTS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated November 12, 2019, the petition is denied in its entirety; judgment is entered in Respondents' favor, and this case is closed. Docket entered No.1 is resolved.

**DATED:** New York, New York
November 13, 2019

                                                                  **RUBY J. KRAJICK**
                                                                    Clerk of Court

BY:

                                                                       Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/13/2019