UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

DEJAN NIKOLIC,

    Petitioner,

  -v-                                    No. 19 CV 6047-LTS

THOMAS DECKER et al.,

    Respondents.

-------------------------------------------------------x

## ORDER

The Court has received Petitioner's letter request for immediate release in light of the COVID-19 health crisis. (Docket Entry No. 25.) The Government is directed to file a response to Petitioner's letter by **Wednesday, March 18, 2020, at 3:00 p.m**. Petitioner may file a reply, if any, by **Thursday, March 19, 2020, at 3:00 p.m**.

    SO ORDERED.

Dated: New York, New York
       March 16, 2020

                                            /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge