UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

DEJAN NIKOLIC,

       Petitioner,

  -v-                                              No. 19-CV-6047-LTS

THOMAS DECKER et al.,

       Respondents.

--------------------------------------------------------x

## Order

The parties in the above-captioned matter are directed to advise the Court, by letter filed publicly on the docket by **April 21, 2020,** as to their respective positions concerning whether the pending motion for reconsideration (docket entry no. 19) should be terminated as moot in light of Judge Schofield's April 3, 2020, Order entered in Nikolic v. Decker, Case No. 20 Civ. 2500 (docket entry no. 19), which directed Petitioner's release to home confinement.

      SO ORDERED.

Dated: New York, New York
       April 6, 2020

                                                  /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge